# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Christopher Odom
[Enter the full name of the plaintiff in this action]

v. FNU LNU Sgt. W/F in Booking on 4-22-2011 at approx 6:30 p.m. FNU Mack, FNU SOG officer (short in height) FNU LNU (K), FNU Hall FNU LNU W/F OFC unit 1a, FNU LNU W/m OFC unit 1a, ALT FNU LNU unit 1a approx 10:30 pm, FNU LNU W/F Nurse C.C.O.H.

Enter above the full name of defendant(s) in this action

Civil Action No. _____
(to be assigned by Clerk)

**COMPLAINT**
State Prisoner

RECEIVED CLERK'S OFFICE
2011 MAY -5 A 9:
US DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

* Torture/malicious prosecution
* Cruel and unusual punishment (see video-recording of illegal usage of restraining chair/restraints on petitioner on 4-22-2011 unit 1a 3841 Leeds Avenue N. CHS S.C. 29405

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   N/A   Yes____   No____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: _____N/A_____

   Defendant(s): _____N/A_____

2. Court: _____N/A_____
   (If federal court, name the district; if state court, name the county)

3. Docket Number: _____N/A_____

4. Name(s) of Judge(s) to whom case was assigned: _____N/A_____

5. Disposition: _____N/A_____
   (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

Complaint - State Prisoner
Revised October 3, 2007

Odom v. C.C.D.C. Isa... et.al.     pg. 4 of 6

II. PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: **Charleston County Detention Center**
   B. What are the issues that you are attempting to litigate in the above-captioned case? **Torture, Malicious Prosecution, Cruel & Unusual Punishment.**
   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓   No ___
      (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓   No ___
          When **N/A**   Grievance Number (if available) **N/A**
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes ___ No ✓   **N/A**
   E. When was the final agency/departmental/institutional answer or determination received by you? **N/A**

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* **N/A**

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ___ No ✓   **N/A**
   **NOTE: The Defendants Refuse to Respond In Writing Verbal nothing!**
   G. If your answer is YES:
      1. What steps did you take? **N/A**
      2. What was the result? **N/A**

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*
   A. Name of Plaintiff: **Christopher Odom**
      Address: **1483 Woodview Ln. Chas. S.C. 29412**

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*
   B. Name of Defendant: **FNU LNU W/F Sgt.**   Position: **Sgt.**
      Place of Employment: **C.C.D.C. 3841 Leeds Ave. N. Chas, S.C. 29405**

   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   **F.N.U Mack, F.N.U Hall, F.N.U "K", F.N.U. LNU S.O.G Officer short in height, F.N.U LNU W/F Officer Unit 1A / F.N.U. LNU W/M Officer Unit 1A/LT. F.N.U. LNU B/F Whom order release from restraining chair on 4-22-2011.**

Complaint – State Prisoner
Revised October 3, 2007

(3)

## RELIEF:

For U.S.D.C., S.C.

Plaintiff Demand $1 million Dollars. Medical = Health care Reparation Non-Affiliated with Defendants.) State Supplies/Protection for Poor, Needy, Mute, Specific Needs person to include: But not limited the Elderly, The Young, Kids, The Sick, The Shut-in/Bed ridden, The Deaf, Dumb, Blind and also the Motherless and/or Fatherless people/Beings/Child!! Immediately.

Plaintiff Requests release from Defendant(s) custody and the courts place Restraining Order on Defendants.

[signature]
Petitioner/Plaintiff
4-27-2011

Plaintiff declares the above is true and correct upon penalty of perjury.

4-27-2011
[signature]
Plaintiff

---

(Page 6)

For U.S.D.C./S.C. pg. 6 of 6

## Statement of Claim:

On 4-22-2011, Plaintiff was CC'D or MIRCD from C.C.C. Charleston County Sheriff's Department WMV B/M (1 SMI (P) MRVUM Time 6:30 pm #446(P) MRVUM Time 6:30 pm. Plaintiff was placed in Unit 1A Cell #240 W/M Jim (?) handed plaintiff the ORDERS of Sgt. D.P.G. CK1206 (or Booking P) (this is a copy of Court Orders of Judge Williams, F.N. Mack, to place Plaintiff on Discharging Status in place and time offered P.F.P. (Civilian) Discharge FROM C.C.D.C. on 4-22-2011 @ 10:30 am around 10:15 am to the Free Society from Mississippi Houses for Missing

[signature]
Plaintiff
4-27-2011